Chad R. Fears
Nevada Bar Number: 6970
Snell & Wilmer, L.L.P.
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-5958
Telephone: (702)784-5200
Facsimile: (702) 784-5252

Vincent J. Allen
Texas Bar Number: 24012209
Carstens & Cahoon, LLP
13760 Noel Road, Suite 900
Dallas, TX 75240
Telephone: (972) 367-2001
Facsimile: (972) 367-2002

Attorneys for Plaintiffs:
BOART LONGYEAR COMPANY and
LONGYEAR TM, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOART LONGYEAR COMPANY and LONGYEAR TM, INC.<br><br>    Plaintiffs,<br><br>    vs.<br><br>DIAMANTINA CHRISTENSEN TRADING, INC., BOYLES BROS DIAMANTINA S.A., CHRISTENSEN CHILE S.A. and INTERMOUNTAIN DRILLING SUPPLY CORP.<br><br>            Defendants. | Case No.  2:12-cv-00689-GMN-GWF<br><br>**PROPOSED BRIEFING ORDER FOR CLAIM CONSTRUCTION**<br><br>JURY DEMANDED |

- 1-

Proposed Briefing Order for Claim Construction

1. <u>Meeting.</u>   Pursuant to the Court's Order, Document No. 33, the parties met and conferred to determine a briefing order for claim construction related events as set forth in L.R. 16.1-16 and a deadline for the pre-claim construction settlement conference.

2. <u>Briefing Order for L.R. 16.1-16.</u>  The parties jointly propose to the Court the following briefing order:

    (a) Opening Claim Construction Brief:  **January 11, 2013**

    (b) Responsive Brief:  **January 25, 2013**

    (c) Reply Brief:  **February 1, 2013**

3. <u>Pre-Claim Construction Settlement Conference.</u>  The parties jointly propose to the Court a deadline of **November 21, 2012** for the Pre-Claim Construction Settlement Conference pursuant to L.R. 16.1-19(A).

Dated this 5 day of September, 2012.

IT IS SO ORDERED

                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge

Proposed Briefing Order for Claim Construction

1
2
3          DATED: September 4, 2012                    DATED: September 4, 2012
4
5          By:  /s/ Bobby W. Braxton                   By:  /s/ Patrick D. Kuehl, Jr.
               Vincent J. Allen                             Patrick Kuehl, Jr.
6              Texas Bar Number: 24012209                   Subadeh Mirsafian Wright
               Zach W. Hilton                               Husch Blackwell LLP
7              Texas Bar Number: 24036780                   4801 Main Street, Suite 1000
8              Bobby W. Braxton                             Kansas City, MO 64112
               Texas Bar Number: 24059484                   Telephone: 816-983-8000
9              Carstens & Cahoon, LLP                       Facsimile: 816-983-8080
               13760 Noel Road, Suite 900                   Email: patrick.kuehl@huschblackwell.com
10             Dallas, TX 75240                             Email: sudee.wright@huschblackwell.com
11             Telephone: (972) 367-2001
               Facsimile: (972) 367-2002                    ATTORNEYS FOR INTERMOUNTAIN
12             Email: allen@cclaw.com                       DRILLING SUPPLY CORP.
               Email: braxton@cclaw.com
13             Email: hilton@cclaw.com
14                                                          Craig R. Delk
                                                            Nevada Bar No. 2295
15             Chad R. Fears                                Thorndal Armstrong Delk Balkenbush &
16             Nevada Bar Number: 6970                          Eisinger, PC
               Snell & Wilmer, L.L.P.                       1100 Bridger Ave.
17             Hughes Center                                P.O. Drawer 2070
               3883 Howard Hughes Parkway                   Las Vegas, NV 89125-2070
18             Suite 1100                                   Telephone: (702) 366-0622
               Las Vegas, Nevada 89169-5958                 Facsimile: (702) 366-0327
19             Telephone: (702)784-5200                     Email: CRD@throndal.com
20             Facsimile: (702) 784-5252
21
               ATTORNEYS FOR BOART
22             LONGYEAR COMPANY and
               LONGYEAR TM, INC.
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2012, the foregoing was filed electronically. Notice of this filing will be sent to counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Patrick D. Kuehl, Jr.