Chad R. Fears
Nevada Bar Number: 6970
Snell & Wilmer, L.L.P.
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-5958
Telephone: (702)784-5200
Facsimile: (702) 784-5252

Vincent J. Allen
Texas Bar Number: 24012209
Carstens & Cahoon, LLP
13760 Noel Road, Suite 900
Dallas, TX 75240
Telephone: (972) 367-2001
Facsimile: (972) 367-2002

Attorneys for Plaintiffs:
BOART LONGYEAR COMPANY and
LONGYEAR TM, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOART LONGYEAR COMPANY and LONGYEAR TM, INC.<br><br>    Plaintiffs,<br><br>    vs.<br><br>DIAMANTINA CHRISTENSEN TRADING, INC., BOYLES BROS DIAMANTINA S.A., CHRISTENSEN CHILE S.A. and INTERMOUNTAIN DRILLING SUPPLY CORP.<br><br>    Defendants. | Case No.  2:12-cv-00689-GMN-GWF<br><br>**AMENDED BRIEFING ORDER FOR CLAIM CONSTRUCTION**<br><br>JURY DEMANDED |

1. <u>Meeting.</u>  Pursuant to the Court's Order, Document No. 33, the parties met and conferred to determine a briefing order for claim construction related events as set forth in L.R. 16.1-16 and a deadline for the pre-claim construction settlement conference. A further conference was held on September 24, 2012 modifying the Briefing Order in view of the First Amended Complaint.  The parties stipulate to a continuance of the briefing deadlines set forth in Document 42 in favor of the deadlines set herein.

2. <u>Briefing Order for L.R. 16.1-16.</u>  The parties jointly propose to the Court the following briefing order:

    (a)    Opening Claim Construction Brief:   **March 6, 2013**

    (b)    Responsive Brief:   **March 20, 2013**

    (c)    Reply Brief:   **March 27, 2013**

3. <u>Pre-Claim Construction Settlement Conference.</u>  The parties jointly propose to the Court a deadline of **January 18, 2013** for the Pre-Claim Construction Settlement Conference pursuant to L.R. 16.1-19(A).

    **IT IS SO ORDERED** this 28th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge

| | | |
|---|---|---|
| 1 | DATED: September 28, 2012 | DATED: September 28, 2012 |
| 2 | | |
| 3 | By: /s/ Bobby W. Braxton | By: /s/ Patrick Kuehl, Jr. |
| 4 | Vincent J. Allen<br>Texas Bar Number: 24012209 | Patrick Kuehl, Jr.<br>Sudabeh Mirsafian Wright |
| 5 | Gregory Perrone<br>Texas Bar Number: 24048053 | Husch Blackwell LLP<br>4801 Main Street, Suite 1000 |
| 6 | Bobby W. Braxton<br>Texas Bar Number: 24059484 | Kansas City, MO 64112<br>Telephone: 816-983-8000 |
| 7 | Carstens & Cahoon, LLP<br>13760 Noel Road, Suite 900 | Facsimile: 816-983-8080<br>Email: Patrick.kuehl@huschblackwell.com |
| 8 | Dallas, TX 75240<br>Telephone: (972) 367-2001 | Craig R. Delk |
| 9 | Facsimile: (972) 367-2002<br>Email: allen@cclaw.com | Nevada Bar No. 2295<br>Thorndal Armstrong Delk Balkenbush & |
| 10 | Email: gperrone@cclaw.com<br>Email: braxton@cclaw.com | Eisinger, PC<br>1100 Bridger Avenue |
| 11 | | Las Vegas, NV 89101<br>Telephone: (702) 366-0622 |
| 12 | | Facsimile: (702) 366-0327 |
| 13 | Chad R. Fears<br>Nevada Bar Number: 6970 | Email: kcrabb@thorndal.com |
| 14 | Brian R. Reeve | |
| 15 | Snell & Wilmer, L.L.P.<br>3883 Howard Hughes Parkway | David L. Mortensen<br>Marc T. Rasich |
| 16 | Suite 1100<br>Las Vegas, NV 89169 | Stoel Rives, LLP<br>201 South Main Street, Suite 1100 |
| 17 | Telephone: (702)784-5200<br>Facsimile: (702) 784-5252 | Salt Lake City, UT  84111<br>Telephone: (801) 578-6999 |
| 18 | Email: cfears@swlaw.com<br>Email: breeve@swlaw.com | Facsimile: (801) 578-6999 |
| 19 | | |
| 20 | ATTORNEYS FOR BOART | ATTORNEYS FOR INTERMOUNTAIN<br>DRILLING SUPPLY CORP. |
| 21 | LONGYEAR COMPANY and<br>LONGYEAR TM, INC. | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 3-
AMENDED PROPOSED BRIEFING ORDER FOR CLAIM CONSTRUCTION