# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOART LONGYEAR COMPANY, et al., | |
|     Plaintiff, | Case No. 2:12-cv-00689-GMN- GWF |
| vs. | **AMENDED ORDER** |
| DIAMANTINA CHRISTENSEN TRADING, *et al.*, | |
|     Defendants. | |

This matter is before the Court on the Stipulated Request to Amend Scheduling Order (#74) filed November 19, 2012. The Court conducted a status hearing on November 27, 2012. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Request to Amend Scheduling Order (#74) is **granted** with the understanding that this stipulation does not alter the claim construction briefing schedule set forth in the Amended Briefing Order for Claim Construction (#58) and the Tutorial Hearing on April 3, 2013 and the Markman Hearing on April 10, 2013.

DATED this 4th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge